# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURIZIO ANTONINETTI, et al., <br><br> Plaintiff, <br> vs. <br> CHIPOTLE MEXICAN GRILL, INC., <br><br> Defendant. | CASE NO. 06cv2671-J (WMc) <br><br> ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE |

On April 24, 2009, the Court held a telephonic status conference in the above entitled action. Appearing for Plaintiff was Amy Vandeveld, Esq. Appearing for Defendant was Greg Hurley, Esq. After reading the status reports submitted by counsel and being advised by counsel of the status of the case, the Court will reschedule a further telephonic status conference for **October 23, 2009, at 9:00 a.m.  Counsel for defendants is instructed to initiate the call.**

IT IS SO ORDERED.

DATED: April 26, 2009

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court