# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURIZIO ANTONINETTI, et al., | CASE NO. 06cv2671-J (WMc) |
| Plaintiff, | ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE |
| vs. | |
| CHIPOTLE MEXICAN GRILL, INC. , | |
| Defendant. | |

On October 23, 2009, the Court convened a telephonic Early Neutral Evaluation Conference in the above entitled action.  Appearing for Plaintiff was Amy Vandeveld, Esq. Appearing for Defendant was Greg Hurley, Esq.  After being advised by counsel of the status of the case, the Court issues the following Order:

1.  If the parties desire to continue to stay discovery in this case an application to Judge Jones must be made on or before **October 28, 2009**.

2.  A further telephonic status will be held on **November 13, 2009, at 4:45 p.m. <u>Counsel for Defendant is instructed to initiate the call.</u>**

IT IS SO ORDERED.

DATED: October 26, 2009

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court