# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURIZIO ANTONINETTI,<br><br>    Plaintiff,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC.,<br><br>    Defendant. | Civil No. 06CV2671-J (WMc)<br><br>Related to & Consolidated for Discovery with 05cv1660 (Wmc)<br><br>**ORDER GRANTING JOINT MOTION RE: STAY OF ACTION PENDING APPEAL IN RELATED CASE** |

Having considered the Joint Motion Re: Stay of Action Pending Appeal in Related Case, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, such that:

The above-captioned action is hereby stayed until final resolution of the related case, *Antoninetti v. Chipotle*, Case No. 3:05CV1660-J-WMC.

**IT IS SO ORDERED.**

DATED: October 30, 2009

HON. NAPOLEON A. JONES, JR.
United States District Judge