1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 **IN RE TRANSFER OF CASES** )    **TRANSFER ORDER**
**FROM MAGISTRATE JUDGE** )
12 **DAVID H. BARTICK TO** )
**MAGISTRATE JUDGE JILL L.** )
13 **BURKHARDT** )
)
14 )
)
15 )

16    **IT IS HEREBY ORDERED** that the following listed cases are transferred from

17 the calendar of the Honorable David H. Bartick, to the calendar of the Honorable Jill L.

18 Burkhardt for all further proceedings.  All conference or hearing dates set before

19 Magistrate Judge Bartick, if any, are **VACATED** and will be rescheduled before

20 Magistrate Judge Burkhardt.  Any dates set before any district judge remain unchanged.

21    1.    *Antioninetti et al. v. Chipotle Mexican Grill, Inc. et al.,* 06cv2671-BTM

22    2.    *Tobar et al. v. U.S.,* 07cv817-WQH

23    3.    *Atchley et al. v. Snow et al.,* 11cv1516-JM

24    4.    *Nautical Bean Coffee Co. v. Nautical Bean, Inc.,* 12cv1199-DHB

25    5.    *Rapp v. Welk Resort Group, Inc. et al.,* 12cv1247-BEN

26    6.    *De La Torre v. Legal Recovery Law Office et al.,* 12cv2579-LAB

27    7.    *Lange v. Hilts et al.,* 13cv1139-GPC

28    8.    *Starcity Capital, LLC v. Bio-Matrix Scientific Group, Inc.,* 13cv1394-BEN

1

1

2

9.    *Nancy Carrera et al. v. First American Home Buyers Protection Co. et al.*, 13cv1585-H

3     10.   *Garcia v. San Diego, City of et al.*, 13cv1611-BTM

4     11.   *Tysick et al. v. Alternative Recovery Management*, 13cv1703-BEN

5     12.   *Schutza v. Coastline Food Services Corp. et al.*, 13cv1786-JLS

6     13.   *Stevenson v. SponsorHouse, Inc.*, 13cv2226-DMS

7     14.   *Cabrales v. Persolve, LLC*, 13cv2456-DMS

8     15.   *Lee v. Cielo Homeowners Association et al.*, 13cv2566-MMA

9     16.   *Pacing Technologies, LLC v. Garmin Int'l, Inc. et al.*, 12cv1067-BEN

10    17.   *Paredes Martinez v. Astrue*, 13cv272-JLS

11    18.   *Michaels v. Martel, et al.*, 04cv122-JAH

12    19.   *Phillips v. Janda et al.*, 13cv567-BTM

13    **IT IS SO ORDERED.**

14    DATED:  March 28, 2014

15

16    DAVID H. BARTICK
      United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28