

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maurizio Antoninetti; Jean Riker; James Perkins; Karen Friedman; Michael Rifkin; Jay Rifkin; Livia Antoninetti; Leslie Robinson; Ruthee Goldkorn; Robert Vahoviak; Chris Ige, on behalf of themselves and all other similarly situated,<br>    Plaintiffs.<br>v.<br>Chipotle Mexican Grill, Inc., a Delaware Corporation; DOES 1-10, Inclusive,<br>    Defendants. | Civil Action No. 06-cv-02671-BTM-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court has carefully considered Plaintiffs' motion for attorneys' fees and costs in light of the Kerr factors, including the time required, the novelty and difficulty of the questions involved, and the results obtained. Having done so, the motion is hereby Granted in part and Denied in part. It is accordingly Ordered that Plaintiffs are awarded attorneys' fees and costs totaling $337,752.27. This award include $317,927.50 in attorneys' fees and $19,824.77 in costs. The Clerk of Court shall enter judgment (as to fees, costs, and expenses) for Plaintiffs in the amount of $337,752.27. As no issues remain, the Clerk shall close the docket of this case.

Date:        9/30/14

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  R. Uran

R. Uran, Deputy