**FILED**

**JUN 09 2015**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RUTHEE GOLDKORN,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware corporation,<br><br>        Defendant - Appellee. | No. 14-56730<br><br>D.C. No. 3:06-cv-02671-BTM-JLB<br>Southern District of California, San Diego<br><br>ORDER |

Before: McKEOWN, PAEZ, and TALLMAN, Circuit Judges.

Appellant's motion to strike appellee's reply and motion for sanctions is denied.

Appellee's motion to dismiss this appeal is denied without prejudice to renewing the arguments in the answering brief.

The opening brief and excerpts of record are due July 20, 2015; the answering brief is due August 19, 2015; and the optional reply brief is due within 14 days after service of the answering brief.

SLL/MOATT